### JACKSON v. NEW AMSTERDAM GAS CO.

(Supreme Court, Appellate Term. April 21, 1899.)

APPEAL—JUDGMENT—REVIEW.
    A judgment on conflicting evidence is conclusive.

Appeal from municipal court, borough of Manhattan, Second district.

Action by James Jackson against the New Amsterdam Gas Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Joseph J. Meyers, for appellant.
Henry Daily, Jr., for respondent.

FREEDMAN, P. J. There was a direct conflict of testimony on the questions of fact arising in this case, and the trial court decided in favor of the plaintiff. The record does not disclose that injustice has been done; nor does it show either bias, prejudice, or partiality, or that it is against the weight of evidence. The judgment must therefore be affirmed.

Judgment affirmed, with costs to respondent. All concur.